# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2185

_____

Ronald Wayne Morton, Jr.

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: March 18, 2015
Filed: March 23, 2015
[Unpublished]

_____

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ronald Wayne Morton, Jr., appeals the district court's[1] order upholding the denial of supplemental security income and disability insurance benefits. We find that substantial evidence, including evidence the Appeals Council considered, supports the administrative law judge's (ALJ's) decision. See Van Vickle v. Astrue, 539 F.3d 825, 828 & n.2 (8th Cir. 2008). As to the issues Morton raises on appeal, we conclude that he failed to meet his burden of establishing that his anxiety, depression, or knee problems were severe impairments. See Kirby v. Astrue, 500 F.3d 705, 707-08 (8th Cir. 2007) (if impairment has no more than minimal effect on claimant's ability to work, it does not qualify as severe). We also find no merit to Morton's assertion that the ALJ failed to develop the record on his mental impairments and his knee and shoulder problems. See McCoy v. Astrue, 648 F.3d 605, 612 (8th Cir. 2011) (ALJ has duty to develop record, but duty is not never-ending and ALJ is not required to disprove every possible impairment; ALJ is required to order medical tests and examinations only if medical records presented to him do not give sufficient medical evidence to determine if claimant is disabled). Finally, we disagree with Morton's assertions that vocational expert testimony was required due to nonexertional limitations related to his depression, anxiety, and knee problems. See Ellis v. Barnhart, 392 F.3d 988, 996 (8th Cir. 2005) (where nonexertional impairments do not significantly limit or diminish claimant's residual functional capacity to perform full range of activities listed in Medical-Vocational Guidelines, Commissioner may consult Guidelines to determine if claimant can make adjustment to other work). The judgment of the district court is affirmed.

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri.